UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES SECURITIES AND ) <br> EXCHANGE COMMISSION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SARATH B. GANGAVARAPU, ) <br> ) <br> Defendant. ) | No. 1:09-CV-231 <br><br> Chief Judge Curtis L. Collier |

# **O R D E R**

Before the Court is the motion of Plaintiff United States Securities and Exchange Commission ("Plaintiff") to appoint Damasco & Associates, LLP ("Damasco") as tax administrator to execute all income tax reporting requirements, including the preparation and filing of tax returns, with respect to funds under this Court's jurisdiction in this case (Court File No. 4). This Court referred the motion to United States Magistrate Judge Susan K. Lee for a report and recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) (Court File No. 5). Magistrate Judge Lee filed an R&R (Court File No. 6) and recommends the Court enter Plaintiff's proposed order (Court File No. 4-1).

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) (Court File No. 6). The Court will hereby **ENTER** Plaintiff's proposed order.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**